FILED 08 APR -2 PM 3:37

BY: ECL  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury    08CR 1025 JM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| ADRIANA MARIA ALVAREZ, | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with |
| Defendant. | Intent to Distribute |

The grand jury charges:

Count 1

On or about January 17, 2008, within the Southern District of California, defendant ADRIANA MARIA ALVAREZ did knowingly and intentionally import 50 kilograms and more, to wit: approximately 60.34 kilograms (132.74 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

CJB:fer:Imperial
3/28/08

Count 2

On or about January 17, 2008, within the Southern District of California, defendant ADRIANA MARIA ALVAREZ did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 60.34 kilograms (132.74 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: April 2, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney