FILED

08 APR -2 PM 3: 37

BY: ETC          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 1025 JM

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| ADRIANA MARIA ALVAREZ, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

     Please take notice that the above-entitled case is related to United States of America v. Adriana Maria Alvarez, Criminal Case No. 08CR0398-JM.

     DATED: April 2, 2008.

                              KAREN P. HEWITT
                              United States Attorney

                              CARLA J. BRESSLER
                              Assistant U.S. Attorney