UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08cr1025-JM |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| ADRIANA MARIA ALVAREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

>United States Attorney's Office
>880 Front Street
>San Diego, CA  92101

Dated:  April 7, 2008       /s/  Erick  L.  Guzman
                            ERICK L. GUZMAN
                            Federal Defenders
                            225 Broadway, Suite 900
                            San Diego, CA 92101-5030
                            (619) 234-8467  (tel)
                            (619) 687-2666  (fax)
                            E-mail: erick_guzman@fd.org