# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER  08CR1025-JM
                         )
vs                       )  ABSTRACT OF ORDER
                         )
                         )  Booking No. 05858298
                         )
Adriana Maria Alvarez    )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:
   Be advised that under date of _____ August 15, 2008 _____
the Court entered the following order:

____✓____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

____✓____ Defendant sentenced to TIME SERVED, supervised release for __2__ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
          _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

                                            UNITED STATES MAGISTRATE JUDGE
                                                          OR
Received _____            W. SAMUEL HAMRICK, JR.    Clerk
         DUSM                               by
                                                   Deputy Clerk

Crim-9   (Rev 6-95)                              ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY